IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CURTIS ROGERS,**

    **Plaintiff,**

**v.**                                                                   Case No. 4:25-cv-209-AW-MAF

**U.S. DISTRICT COURT,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation (ECF No. 8), to which there has been no objection. I conclude the report and recommendation should be approved, and I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on August 11, 2025.

                                                                     s/ *Allen Winsor*
                                                                     Chief United States District Judge